IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN BEER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 12-1391** |
| **AGCO CORPORATION,** | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW,** this 4th day of August, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 40) and Plaintiff's response, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that a telephone conference is scheduled for 10:00 a.m., Monday, August 18, 2014. The parties shall be prepared to discuss trial scheduling. Plaintiff's counsel shall initiate the conference with Defendant's counsel prior to contacting Chambers.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**